**Electronically Filed**
**Supreme Court**
**SCOT-14-0001188**
**03-NOV-2014**
**09:55 AM**

SCOT-14-0001188

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PHILIP L. THORP, Plaintiff,

vs.

STATE OF HAWAII, DEPARTMENT OF ACCOUNTING AND GENERAL
SERVICES, AUTOMOTIVE MANAGEMENT DIVISION, Defendant.

---

ORIGINAL PROCEEDING
(CIV. NO. 1RC14-1-6843)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the document submitted by Philip L. Thorp entitled, "Letter of Complaint," which was filed as a complaint letter on October 17, 2014, it appears that, under the facts and circumstances of this matter, this court does not have jurisdiction to provide relief sought by way of the instant complaint letter. See HRS § 602-5 (Supp. 2013). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the complaint letter without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the complaint letter is dismissed.

DATED: Honolulu, Hawaiʻi, November 3, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2